UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA DURTCHE,

      Plaintiff,                                    Case No. 1:12-CV-1181

v.                                          HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 12, 2014, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (Dkt. No.26) recommending that Defendant Commissioner's decision in this matter be reversed and this matter remanded for further factual findings. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's March 12, 2014, R&R (Dkt. No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Commissioner's decision in this matter is **REVERSED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: April 1, 2014                                  /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                 UNITED STATES DISTRICT JUDGE