UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA DURTCHE,

        Plaintiff,                              Case No. 1:12-CV-1181

v.                                             HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On February 27, 2015, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (ECF No. 31) recommending that Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), be granted in part and denied in part. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 27, 2015, R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 29) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant remit two thousand, nine hundred eighty-two dollars and fifty cents ($2,982.50) in fees and that such be paid directly to Plaintiff.


Dated: <u>March 17, 2015</u>                                         /s/ Robert Holmes Bell
                                                                              ROBERT HOLMES BELL
                                                                              UNITED STATES DISTRICT JUDGE